UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                                     **DECISION AND ORDER**
    v.                                                                  25-CR-77-A

HECTOR NOEL SOTO VILLALTA,

                       Defendant.
_____

       This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On June 2, 2025, Defendant Hector Noel Soto Villalta appeared before Magistrate Judge McCarthy and entered a plea of guilty to a one-count Indictment (Dkt. No. 5), which charges him with one count of re-entry of a removed alien, in violation of 8 U.S.C. § 1326(a)(1) and § 1326(b)(1), pursuant to a written calculation of maximum sentence and sentencing guidelines range. (Dkt. No. 12).

       Magistrate Judge McCarthy issued a Report and Recommendation (Dkt. No. 15) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the Report and Recommendation have been filed. It is hereby

       **ORDERED** that, upon review of the Indictment (Dkt. No. 5), the calculation of maximum sentence (Dkt. No. 12), and the plea transcript (Dkt. No. 16) of the June 2, 2025, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that all the requirements of Federal Rules of Criminal

Procedure Rule 11 have been carefully followed. Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule. The Magistrate Judge determined that Defendant understood the foregoing. Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.

**Sentencing is scheduled for October 29, 2025 at 12:00 pm.** The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                             *s/ Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated: June 20, 2025
       Buffalo, New York